**E-Filed 11/17/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECRETARY OF LABOR HILDA L. SOLIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CUONG VIET DO,<br><br>　　　　　　　　Defendant. | Case Number 5:10-cv-04026-JF<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE AND REFERRING CASE TO MAGISTRATE JUDGE HOWARD LLOYD FOR RELATED CASE DETERMINATION<br><br>[re docket entry 1] |

　　　　Plaintiff's motion for withdrawal of the reference to the Bankruptcy Court is GRANTED. This case is HEREBY REFERRED to Magistrate Judge Howard Lloyd for consideration whether the instant case is related to a case pending before him, *Secretary of Labor Hilda L. Solis v. Cuong Viet Do*, et al., 5:10-cv-3823-HRL.

　　　　IT IS SO ORDERED.

DATED:   11/17/2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 5:10-cv-04026-JF
ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE ETC.
(JFLC2)